UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LANEKHAN HONGSATARATH,
Petitioner

Docket 3:02cv2262

v.

JOHN ASHCROFT
Respondent

October 6, 2003

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for **Petitioner** in this matter. The purpose of this appearance is to replace current counsel-of-record, Michael G. Moore. All further communication should be directed to me at my office address listed below.

Roberto T. Lucheme
41 Hebron Avenue
Glastonbury, Ct 06033
860/633-1962