UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lanekhan Hongsathirath, | : | |
| | : | |
| Petitioner, | : | NO.   3:02cv2262 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| John Ashcroft, | : | |
| | : | |
| Respondent. | : | |

## ORDER

Having conferred with the parties on January 5, 2004, and in light of Attorney Lucheme's appearance on behalf on Petitioner, Attorney Moore's oral motion to withdraw as counsel is GRANTED.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: January 6, 2004