UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday January 5, 2004
2:15 p.m.

CASE NO. **3:02cv2262**   **Hongsathirath v Ashcroft**

Roberto T. Lucheme
41 Hebron Ave.
Glastonbury, CT 06033

Michael G. Moore
Law Offices of Maria De Castro Foden
107 Oak St.
Hartford, CT 06106

Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

STATUS CONFERENCE HELD
DATE: 1/5/04

27 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK