UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| LANEKHAN HONGSATHIRATH, | : | | |
| | : | | |
| Petitioner, | : | NO. | 3:02cv2262 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| JOHN ASHCROFT, | : | | |
| | : | | |
| Respondent. | : | | |

## JUDGMENT

This matter came on for consideration on a petition for habeas corpus and stay of removal before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the petition and on June 10, 2004, entered a Ruling denying the relief.

It is therefore ORDERED and ADJUDGED that the petition for habeas corpus and stay of removal is DENIED and the case is closed.

Dated at New Haven, Connecticut, this 15th of June, 2004.

KEVIN F. ROWE, CLERK
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____